# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PLAISTOW PROJECT, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ACE PROPERTY & CASUALTY<br>INSURANCE COMPANY,<br><br>    Defendant. | C.A. No.1:16-cv-11385-IT |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Plaistow Project, LLC, and Defendant, ACE Property and Casualty Insurance Company ("ACE"), stipulate and agree that this action is dismissed with prejudice, with all rights to appeal waived, and with each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| PLAISTOW PROJECT, LLC, | ACE PROPERTY AND CASUALTY INSURANCE COMPANY, |
| By its Attorneys, | By its Attorneys, |
| McLANE MIDDLETON,<br>PROFESSIONAL ASSOCIATION | WHITE AND WILLIAMS LLP |
| /s/ Steven J. Dutton<br>Mark C. Rouvalis (BBO # 552460)<br>mark.rouvalis@mclane.com<br>Steven J. Dutton (BBO # 569161)<br>steven.dutton@mclane.com<br>Robert J. Kendall III (*pro hac vice*)<br>robert.kendall@mclane.com<br>900 Elm Street, P.O. Box 326<br>Manchester, New Hampshire 03105<br>(603) 625-6464 | /s/ R. Victoria Fuller<br>David B. Chaffin (BBO # 549245)<br>chaffind@whiteandwilliams.com<br>Craig E. Stewart (BBO # 480440)<br>stewartc@whiteandwilliams.com<br>R. Victoria Fuller (BBO # 666494)<br>fullerv@whiteandwilliams.com<br>WHITE AND WILLIAMS LLP<br>101 Arch Street, Suite 1930<br>Boston, MA 02110 |

## **CERTIFICATE OF SERVICE**

      I certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants as of September 19, 2019.

                                                    /s/ R. Victoria Fuller
                                                    R. Victoria Fuller